Appeal Nos. 8972-8974 from Judgments dated Jan. 21, 1988, Eugene M. Bogen, *1141 Ruling Judge, Holmes County Circuit Court.
Calvin R. King, Durant, for appellant.
Thomas A. Womble, Bailey Trusty & Cook, Batesville, for appellees.
Before DAN M. LEE, P.J., and SULLIVAN and ANDERSON, JJ.
Affirmed in Part, Reversed in Part and Remanded in Part for Trial.
ROY NOBLE LEE, C.J., and ROBERTSON, PITTMAN and BLASS, JJ. concur.
HAWKINS, P.J., and PRATHER, J, not participating.